UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

KATHLEEN FISLER,

Plaintiff,

v.

FIRST UNION SECURITIES, INC.,
FIRST UNION CORPORATION, and
WACHOVIA CORPORATION,

Defendants.

CIVIL NO. 01-2006 (RHK/JMM)

REPORT AND RECOMMENDATION

The above matter came on for hearing before the undersigned on January 16, 2002 upon Plaintiff's Motion to Remand [Docket No. 8]. Thomas M. Darden, Esq. appeared on behalf of Plaintiff; David P. Bunde, Esq. appeared on behalf of Defendants. We are issuing a separate Order today granting Plaintiff's Motion to Amend the Complaint to add claims against individual Defendants. The matter is before the undersigned for a Report and Recommendation to the District Court pursuant to the provisions of 28 U.S.C. § 636 (b)(1)(B) on Plaintiff's Motion to Remand.

Upon the following Findings of Fact/Report, it is recommended that Plaintiff's Motion to Remand [Docket No. 8] be granted.

**FINDINGS OF FACT/REPORT**

This case was removed from Hennepin County District Court on November 2, 2001. We are issuing a separate Order today granting Plaintiff's Motion to Amend the Complaint to add claims against individual Defendants. The addition of those Defendants to the case destroys diversity jurisdiction, which is the only basis for federal jurisdiction in

FILED JAN 30 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

this matter.

**RECOMMENDATION**

For the reasons set forth above, and in accordance with 28 U.S.C. § 1447(e), it is recommended that Plaintiff's Motion to Remand [Docket No. 8] be granted and that the matter be remanded to the Hennepin County District Court due to this Court's lack of jurisdiction.

Dated: January 30, 2002

JOHN M. MASON
United States Magistrate Judge

Pursuant to Local Rule 72.1(c)(2), any party may object to this Report and Recommendation by filing with the Clerk of Court, and by serving upon all parties on or before **February 14, 2002** a copy of this Report, written objections which specifically identify the portions of the Report to which objections are made and the bases for each objection.

Unless the parties stipulate that the District Court is not required by 28 U.S.C. § 636 to review a transcript of the hearing in order to resolve all objections made to this Report and Recommendations, the party making the objections shall timely order and file a complete transcript of the hearing on or before **February 14, 2002**.