UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

KATHLEEN FISLER,

Plaintiff,

v.

FIRST UNION SECURITIES, INC.,
FIRST UNION CORPORATION, and
WACHOVIA CORPORATION,

Defendants.

CIVIL NO. 01-2006 (RHK/JMM)

ORDER

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge John M. Mason dated January 30, 2002. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein,

IT IS HEREBY ORDERED that Plaintiff's Motion to Amend the Complaint and to Remand [Docket No. 8] is granted. The case shall be and hereby is remanded to the Hennepin County District Court.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: 2/22/02

RICHARD H. KYLE
United States District Court Judge

FILED FEB 22 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD FEB 22 2002
DEPUTY CLERK